■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERT BAYTOPS, Appellant.—Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on October 15, 1986, unanimously modified, on the law, to the extent of reversing the sentence, and the matter is remitted to the Supreme Court, New York County, for resentencing on an updated presentence report. *(See, People v Lucks,* 91 AD2d 896, 897.) Concur: Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.